UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM BRANDON BARBER,**

    **Plaintiff,**

v.   Case No. 5:19cv382-TKW-MJF

**FRANK SULLIVAN,**

    **Defendant.**

_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 12). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this is due to be dismissed because of Plaintiff's failure to pay the filing fee and failure to comply with court orders. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 25th day of September, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**